# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA IELATI,, | Case No. 2:19-cv-01327-MCE-DMC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL DATES AND DEADLINES** |
| vs. | |
| CIGNA; LIFE INSURANCE CO OF NORTH AMERICA; and DOES 1 through 100, inclusive, | Judge: Morrison C. England, Jr.<br>Ctrm: 7, 14th Fl. |
| Defendant. | |

Pursuant to the stipulation of the parties, and for good cause shown, the Court hereby extends the case deadlines as follows:

///
///
///
///
///
///
///

| Event | Deadline |
|---|---|
| Fact Discovery Cutoff | From July 15, 2020 to **October 15, 2020** |
| Expert designations due | From September 11, 2020 to **December 11, 2020** |
| Supplemental expert designations due | From October 11, 2020 to **January 11, 2021** |
| Deadline to file dispositive motions | From December 11, 2020 to **March 11, 2021** |

IT IS SO ORDERED.

DATED: April 1, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

173402.1

2

Case No. 2:19-cv-01327-MCE-DMC
ORDER GRANTING STIPULATION TO
CONTINUE PRETRIAL DATES AND
DEADLINES