# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA IELATI,, | Case No. 2:19-cv-01327-MCE-DMC |
| Plaintiff, | **ORDER GRANTING SECOND STIPULATION TO CONTINUE PRETRIAL DATES AND DEADLINES** |
| vs. | |
| CIGNA; LIFE INSURANCE CO OF NORTH AMERICA; and DOES 1 through 100, inclusive, | Judge:      Morrison C. England, Jr. Ctrm:       7, 14th Fl. |
| Defendant. | |

Pursuant to the Second Stipulation to Continue Pretrial Dates and Deadlines, and for good cause shown, the Court hereby extends the case deadlines as follows:

| Event | Deadline |
|---|---|
| Fact Discovery Cutoff | October 15, 2020 to **March 15, 2021** |
| Expert designations due | December 11, 2020 to **April 12, 2021** |
| Supplemental expert designations due | January 11, 2021 to **May 11, 2021** |
| Deadline to file dispositive motions | March 11, 2021 to **June 11, 2021** |

IT IS SO ORDERED.

Dated:  July 30, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING SECOND STIPULATION
TO CONTINUE PRETRIAL DATES AND
DEADLINES

174461.1