| | |
|---|---|
| Attorney Identification (include State Bar number) | Nicole Y. Blohm (Bar No. 177284)<br>Tatiana Semerjian Nunneri (Bar No. 300493)<br>Meserve, Mumper & Hughes LLP 1000<br>Wilshire Boulevard, #1860<br>Los Angeles, CA 90017-2457<br>(213) 620-0300--T; (213) 625-1930-F |
| Attorney(s) for: | |

LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA IELATI | NO. CIV. S- 2:19-cv-01327-MCE-DMC |
| Plaintiff(s) | |
| v. | STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |
| CIGNA; LIFE INSURANCE CO OF NORTH AMERICA; and DOES 1 through 100, inclusive | |
| Defendant | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: _July 29, 2020_____

/s/ Larry L. Baumbach
Attorney(s) for Plaintiff(s)

/s/ Tatiana Semerjian Nunneri
Attorney(s) for Defendant(s)

IT IS SO ORDERED.

Dated:  August 11, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE