LARRY L. BAUMBACH (State Bar No. 50086)
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Ave., Suite 100
Chico, CA 95928
Telephone: 530-891-6222
Email: llblaw@sandpipernet.com

Attorney for Plaintiff
DIANA IELATI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DIANA IELATI,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CIGNA; LIFE INSURANCE CO OF NORTH AMERICA; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants, | Case No.: 2:19-cv-01327-MCE-DMC<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>**Judge: Hon. Morrison C. England, Jr.** |
|---|---|

Plaintiff DIANA IELATI and Defendant LIFE INSURANCE CO OF NORTH AMERICA hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: October 26, 2020                LAW OFFICES OF LARRY L. BAUMBACH

                    By:  /s/LARRY L. BAUMBACH
                         LARRY L. BAUMBACH
                         Attorney for Plaintiff DIANE IELATI

Dated: October 26, 2020                MESERVE, MUMPER & HUGHES LLP

                    By:  /s/NICOLE Y. BLOHM
                         NICOLE Y. BLOHM
                         Attorneys for Defendant LIFE INSURANCE
                         COMPANY OF NORTH AMERICA

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), and good cause appearing, this action shall be, and hereby is, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: November 5, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE